Philip G. May (AZ State Bar No. 009764)
Dorothy Baran (AZ State Bar No. 011385)
COLLINS, MAY, POTENZ, BARAN & GILLESPIE, P.C.
Chase Tower, Suite 2200
201 N. Central Avenue
Phoenix, Arizona 85004-0022
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
E-mail: pmay@cmpbglaw.com
       dbaran@cmpbglaw.com
Attorneys for Plaintiff-Appellant

Joel H. Spitz (IL Bar No. 6204522)
Michael R. Phillips (IL Bar No. 6225845)
James J. Hendrickson, II (IL Bar No. 6283068)
MCGUIRE WOODS, LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690
E-mail: jspitz@mcguirewoods.com
       mphillips@mcguirewoods.com
       jhendrickson@mcguirewoods.com

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARRETT WHITE, M.D., a married individual, | **No. 09-17436** |
| Plaintiff/Appellant, | **D.C. No. 2:08-cv-00890-NVW** <br> District of Arizona <br> Phoenix |
| v. | |
| AKDHC, L.L.C., DBA Arizona Kidney Disease and Hypertension Center, | **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEALS WITH PREJUDICE** |
| Defendant/Appellee. | |
| GARRETT WHITE, M.D., a married individual, | **No. 10-15849** |
| Plaintiff/Appellant, | **D.C. No. 2:08-cv-00890-NVW** <br> District of Arizona <br> Phoenix |
| v. | |
| AKDHC, L.L.C., DBA Arizona Kidney Disease and Hypertension Center, | |
| Defendant/Appellee | |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeals with prejudice.

The parties have agreed that each side shall bear its own costs and fees regarding the above-captioned appeals.

Dated this 17th day of September, 2010.

        COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

        By s/ Dorothy Baran
           Philip G. May, Esq. (AZ Bar No. 009764)
           Dorothy Baran, Esq. (AZ Bar No. 011385)
           Attorneys for Plaintiff/Appellant

        MCGUIRE WOODS, LLP

        By s/ Michael R. Phillips
           Joel H. Spitz, Esq. (IL Bar No. 6204522)
           Michael R. Phillips, Esq. (IL Bar No. 6225845)
           James J. Hendrickson, Esq. (IL Bar No. 6283068)
           Attorneys for Defendant/Appellee

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, I electronically transmitted the foregoing document(s) to the Clerk's Office using the CM/ECF System for filing and a transmittal of a Notice of Electronic Filing to the following registrants:

Joel H. Spitz
Michael R. Phillips
James J. Hendrickson, II
**MCGUIREWOODS, LLP**
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Attorneys for Defendant/Appellee

Steven G. Biddle
**LITTLER MENDELSON**
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Attorneys for Defendant/Appellee

Circuit Mediation Office
C. Lewis Ross
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939


By s/Lisa Lopez